Order issued October 3, 2012

004277



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00303-CV

**STOVALL & ASSOCIATES, P.C., Appellant**

**V.**

**HIBBS FINANCIAL CENTER, LTD., Appellee**

## ORDER

The Court has before it appellee's September 27, 2012 motion for leave to file sur-reply, which is unopposed. The Court **DENIES** the motion.

ELIZABETH LANG-MIERS
JUSTICE